Laurie B. Mapes
lauriemapes2002@yahoo.com
PO Box 1241
Scappoose, OR 97056
(503) 543-2900

Luke Moen-Johnson
sherwoodreese@comcast.net
Drew L. Johnson, P.C.
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **DANELLE A. BLISS,**<br><br>        Plaintiff,<br><br>   vs.<br><br>Commissioner of Social Security Administration,<br><br>        Defendant. | Civil No. 6:20-cv-02230-MK<br><br>**ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $10,102.50, out of which Plaintiff's attorney will refund to Plaintiff Equal Access to Justice ("EAJA") fees already received by

counsel in the amount of $8,482.66, for a net cost to Plaintiff, pursuant to the contingency-fee agreement herein of $1,619.84 as full settlement of all attorney fees pursuant to 42 U.S.C. §406(b).  Any past-due benefits withheld by the Defendant in anticipation of an order under 42 U.S.C. §406(b), shall be payable to Plaintiff's counsel, Drew L. Johnson, P.C., less an administrative assessment pursuant to 42 U.S.C. §406(d), and mailed to their office at 1700 Valley River Drive, Suite 100, Eugene, OR 97401, consistent with this order.  There are no other costs.

    IT IS SO ORDERED this day of January 17, 2023.

    s/ Mustafa T. Kasubhai
    MUSTAFA T. KASUBHAI (He / Him)
    United States Magistrate Judge

PRESENTED BY:

By:    /s/ LUKE MOEN-JOHNSON
    Luke Moen-Johnson, OSB #185632
    Of Attorneys for Plaintiff