Laurie B. Mapes
lauriemapes2002@yahoo.com
PO Box 1241
Scappoose, OR 97056
(503) 543-2900

Luke Moen-Johnson
sherwoodreese@comcast.net
Drew L. Johnson, P.C.
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **DANELLE A. BLISS,** | Civil No. 6:20-cv-02230-MK |
| Plaintiff, | |
| vs. | **ORDER APPROVING AUXILIARY ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |
| **Commissioner of Social Security Administration,** | |
| Defendant. | |

After considering Plaintiff's Motion, and Counsel for Defendant having no objection, Motion is hereby granted in the sum of $1,248.50 for attorney fees pursuant to

ORDER APPROVING AUXILIARY FEES PURSUANT TO 42 U.S.C §406 (b) -    1

42 U.S.C. §406(b) regarding Plaintiff's auxiliary retroactive benefits on behalf of her minor child, Zoey A. Leavenworth. Any past-due benefits withheld by the Defendant in anticipation of an order under 42 U.S.C. §406(b), shall be payable to Plaintiff's counsel, Drew L. Johnson, P.C., less an administrative assessment pursuant to 42 U.S.C. §406(d), and mailed to their office at 1700 Valley River Drive, Suite 100, Eugene, OR 97401, consistent with this order.

IT IS SO ORDERED this the 21st day of August 2023.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He / Him)
United States Magistrate Judge

PRESENTED BY:

By:   /s/ SHERWOOD J. REESE
      Sherwood J. Reese, OSB #144130
      Of Attorneys for Plaintiff

ORDER APPROVING AUXILIARY FEES PURSUANT TO 42 U.S.C §406 (b) -    2